IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ERIK MAGANA**                                                     **PLAINTIFF**

**v.**                                 **No. 3:20-cv-00272-JMV**

**CORE CIVIC, ET AL.**                        **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO SUBMIT
### AMENDED COMPLAINT USING THE ENCLOSED
### STANDARD FORM WITHIN 21 DAYS

Erick Magana has submitted a document that the court construes as a *pro se* prisoner complaint filed under 42 U.S.C. § 1983. The plaintiff has not, however, used the court's standard form for such complaints. The court uses these forms for the expeditious administration of § 1983 cases. As such, the plaintiff must complete and return the enclosed form within 21 days. Failure to do so may lead to the dismissal of this case without prejudice.

**SO ORDERED**, this, the 25th day of February, 2021.

                                           /s/ Jane M. Virden
                                           **JANE M. VIRDEN**
                                           **UNITED STATES MAGISTRATE JUDGE**