**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

ERIK MAGANA,

        Plaintiff,

    v.                                         CAUSE NO. 3:20CV272-JMV

CORECIVIC, ET AL.,

        Defendants.

**ORDER STRIKING AMENDED COMPLAINT [40]**

Upon further review of the docket of this matter, the Court notes the Amended Complaint [40] is not the document the Court authorized by its Order [38] entered October 22, 2021. Accordingly, the document is STRICKEN. The Clerk is directed to amend the docket text of Docket Entry #40 to include the word "stricken."

IT IS FURTHER ORDERED that Plaintiff may reurge his motion to amend the complaint within two [2] business days of this date.

SO ORDERED this 25th day of October, 2021.

/s/ Jane M. Virden
U.S. MAGISTRATE JUDGE