IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ERIC MAGANA**                                                                                          **PLAINTIFF**

**V.**                                              **CIVIL ACTION NO.: 3:20-CV-272-GHD-JMV**

**CORECIVIC, ET AL.**                                                                    **DEFENDANTS**

## ORDER

Before the Court is Plaintiff's motion requesting production of Federal Bureau of Prison Materials [104]. No response was filed by Defendants. Nonetheless, the Court finds that the motion is not well-taken and should be denied without prejudice due to the fact that the motion is void of citation to any legal authority and fails to comply with L.U. Civ. R. 7(b). Said local rule provides that the motion "may contain only the grounds for the request and may not contain legal argument or citations to case law or other secondary authority." L.U. Civ. R. 7(b)(2)(B). A memorandum brief in support of the motion must be filed separately. L.U. Civ. R. 7(b)(4).

Should the Plaintiff desire to reurge the motion with citation to legal authority and in compliance with L.U. Civ. R. 7(b), he may do so.

**SO ORDERED,** this the 27th day of July, 2022.

                                                                         /s/ Jane M. Virden
                                                                         UNITED STATES MAGISTRATE JUDGE