IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ERIK MAGANA**   **PLAINTIFF**

**V.**   **CIVIL ACTION NO.: 3:20-CV-272- GHD-JMV**

**CORE CIVIC, ET AL.**   **DEFENDANTS**

---

**ORDER GRANTING TCCF DEFENDANTS' MOTION TO SEAL EXHIBIT
TO MOTION FOR SUMMARY JUDGMENT**

---

Presently before the Court is TCCF Defendants' Motion to Seal Exhibit to Motion for Summary Judgment. Upon due consideration, the Court finds that the referenced filings contain Plaintiff's medical records that are unsuitable for public disclosure, specifically but not exclusively pursuant to the Health Insurance Portability and Accountability Act. See 42 U.S.C. § 1320d et seq. Thus, the Motion to Seal is well taken and should be granted.

Accordingly, it is ordered and adjudged that TCCF Defendants' Motion to Seal (Doc. No. 163) is GRANTED. It is further ordered that:

1. The Court Clerk is directed to allow TCCF Defendants to file under seal the Collective Exhibit 1 to Declaration of James Faulkner, RN, in supporting of TCCF Defendants' Motion for Summary Judgment; and

2. The exhibit shall be sealed from public access only, with CM/ECF access permitted to the litigants, the litigants' counsel, and court personnel; and

3. The exhibit shall remain under seal permanently unless or until this Court enter an order unsealing the exhibit.

SO ORDERED, this the 17th day of April, 2023.

                                                                               _____
                                                                                 SENIOR U.S. DISTRICT JUDGE